IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                          No. 1:18-cr-2672-WJ

JAVIER JAQUEZ,
FREDDIE J. SANCHEZ, and
KEVIN GARCIA-SALAS,

    Defendants.

## MEMORANDUM OPINION AND ORDER ON DEFENDANT'S MOTION TO PRESERVE RIGHT TO JURY TRIAL

**THIS MATTER** is before the Court on Defendant Kevin Garcia-Salas's Motion to Preserve Right to Jury Trial [Doc. 96], filed September 24, 2019. Defendant requests the Court inform the jury of "its right and obligation to acquit if it believes a conviction would be fundamentally unjust" and of "the sentencing ramifications that would follow a guilty verdict." Doc. 96 at 1. The Tenth Circuit, however, has made clear that Defendant's requests are improper:

> we state once again that a criminal defendant is not entitled to have the jury instructed that it can, despite finding the defendant guilty beyond a reasonable doubt, disregard the law. Moreover, it is firmly established that when the jury has no sentencing function . . . it should reach its verdict without regard to what sentence might be imposed.

*United States v. Courtney*, 816 F.3d 681, 686 (10th Cir. 2016) (internal quotation marks and citations omitted). Defendant's requests are foreclosed by controlling case law.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Preserve Right to Jury Trial [Doc. 96] is **DENIED**.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**